| | |
|---|---|
| 1 | REICH & BINSTOCK, LLP |
| 2 | 4265 SAN FELIPE, SUITE 1000<br>HOUSTON, TX 77027 |
| 3 | Dennis J. Reich, TX Bar No. 16739600<br>Robert J. Binstock, TX Bar No. 02328350 |
| 4 | Debbie L. Ziegler, TX Bar No. 12219200<br>Telephone: (713) 622-7271 |
| 5 | Facsimile: (713) 623-8724 |
| 6 | |
| | Attorneys for Plaintiff, BEN KELLY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-07-1749 CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer |
| BEN KELLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Ben Kelly, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DISMISSAL

DATED: August 31, 2009

REICH & BINSTOCK, LLP

By: _____

Dennis J. Reich, TX Bar No. 16789600
Robert J. Binstock, TX Bar No. 02328350
Debbie L. Ziegler, TX Bar No. 12219200
4265 San Felipe Blvd, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

Attorneys for Plaintiffs

DATED: Oct. 22, 2009        DLA PIPER LLP (US)

By: ___/s/_____
    Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009         _____
                            Hon. Charles R. Breyer
                            United States District Court

DISMISSAL